FILED
February 27, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LEONARD VELASCO, ) <br> ) <br> Defendant. ) | Case No. 2:15MJ00030-DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __LEONARD VELASCO__, Case No. __2:15MJ00030-DAD__, Charge __18USC § 2, 1344(2), 1028A(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

    ✔ Unsecured Appearance Bond $50,000.00

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

Issued at __Sacramento, CA__ on __March 2, 2015__ at __9:00 a.m.__ .
The defendant to be released to the Pretrial Office and Transported to the "Effort".

                                               By   /s/ Allison Claire/s/ Allison Claire
                                                         Allison Claire
                                                         United States Magistrate Judge

Copy 2 - Court